# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 5, 2015

Clerk
Court of Appeals of Texas, Third District
209 W. 14th Street, Rm.101
Price Daniel Building
Austin, TX 78711

Re: Javiele Jason Frias
v. Texas
No. 14-10340
(Your No. 03-12-00463-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk


RECEIVED
OCT 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

OFFICE OF THE CLERK

SUPREME COURT OF THE UNITED STATES

WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NEOPOST
10/05/2015
US POSTAGE $000.48

FIRST-CLASS MAIL

US OFFICIAL MAIL
$ 300 Penalty
For Private Use
ZIP 20543
041M11120021

